158 A.3d 1178

ONEWEST BANK, FSB, PLAINTIFF–RESPONDENT, v. RODNEY O. LEE, DEFENDANT–PETITIONER.

January 26, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005917–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.